**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 04 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 14-10416 |
| Plaintiff - Appellee, | D.C. No. 2:11-cr-00224-MCE-1 |
| v. | |
| FABIAN ECHEVERRIA-SANCHEZ, a.k.a. Fabian Echeverria Sanchez, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Eastern District of California
Morrison C. England, Jr., Chief District Judge, Presiding

Submitted March 17, 2015[**]

Before:    HUG, FARRIS, and CANBY, Circuit Judges.

Fabian Echeverria-Sanchez appeals from  the district court's judgment and

challenges his guilty-plea conviction and 96-month sentence for being a deported

alien found in the United States, in violation of 8 U.S.C. § 1326.  Pursuant to

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

*Anders v. California*, 386 U.S. 738 (1967), Echeverria-Sanchez's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Echeverria-Sanchez the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief.

Counsel's motion to withdraw is **GRANTED**.

**AFFIRMED**.